DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

A.E.L.,

Appellant,

v.

TEN BROECK TAMPA, LLC d/b/a NORTH
TAMPA BEHAVORIAL HEALTH,

Appellee.

No. 2D22-3138

_____

November 17, 2023

Appeal from the Circuit Court for Pasco County; Kemba Lewis,
Judge.

Justin Seth Drach of Thoele | Drach, Jacksonville, for Appellant.

Thomas A. Valdez and Megan G. Colter of Quintairos, Prieto, Wood &
Boyer, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and LaROSE and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.